UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA\

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* USPI, LLC, <br><br> Plaintiffs, <br><br><br> UNIVERSITY OF CHICAGO, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 22cv1776 (DLF) <br> ) <br> ) **FILED UNDER SEAL** <br> ) <br> ) <br> ) |

**UNITED STATES' NOTICE OF NO DECISION
REGARDING INTERVENTION AT THIS TIME**

The United States of America ("United States or "Government") respectfully submits this Notice of No Decision Regarding Intervention at this Time. In its last Order dated February 26, 2024, the Court indicated that the Government must make its intervention decision on or before March 26, 2024, and that no further extensions of time would be entertained. The Government's decisionmaking process has not yet concluded, and as such, the United States is not able to inform the Court as to its decision regarding intervention as of the current deadline. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. The Government, however, intends to complete its decision-making process shortly and will inform the Court of its decision when that process concludes.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either Relator or Defendant propose that this action be

RECEIVED
MAR 26 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it and that orders issued by the Court be sent to the Government's counsel via the Court's CM/ECF system or otherwise. The United States respectfully reserves its statutory rights to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of Relator's action or claim. 31 U.S.C. § 3730(c)(3), (c)(2)(A). The United States also requests that it be served with all notices of appeal. 31 U.S.C. § 3730(c)(3).

Finally, the Government requests that Relator's Complaint, this Notice, and the enclosed proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See* 31 U.S.C. § 3730(b)(3) (noting that the Government's support for its seal extension requests may be submitted in camera).

DATED: March 26, 2024                    Respectfully submitted,

                                                  MATTHEW M. GRAVES
United States Attorney for the District of Columbia

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ (D.C. Bar No. 420232)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
601 D Street, NW, Civil Division
Washington, DC 20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of March 2024, a true and correct copy of the foregoing was sent by email to:

Nimish R. Desai
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
ndesai@lchb.com

      /s/ Darrell C. Valdez
     DARRELL C VALDEZ,
     Assistant United States Attorney